No. 4320.—BANCO MASÓNICO DE PUERTO RICO, APDO., *v.* HERNÁNDEZ, CARAZO Y DÍAZ, APLTES.—C. D. San Juan. Julio 12, 1927. Cobro de dinero. Apareciendo de la moción de desestimación, vista el 11 de Julio actual con la sola asistencia de la apelada, y de la certificación acompañada que la sentencia se notificó el 12 de Mayo de 1927 archivándose en dicho día copia de la notificación con los autos, y que no fué hasta el 14 de Junio siguiente que se interpuso el recurso; es necesario concluir que esta Corte Suprema no ha adquirido jurisdicción por haberse establecido la apelación después de vencido el término de ley. *Desestimada.*

No. 4205.—LLOVERAS SOLER, APLDO., *v.* RODRÍGUEZ, APLTE. —C. D. San Juan. Desahucio. Julio 12, 1927. Desestimado el recurso a instancia del apelado por aparecer que la sentencia apelada se dictó el 3 de noviembre de 1926, que se apeló de ella el 8 de noviembre siguiente y que finalmente se aprobó la exposición del caso el 24 de mayo de 1927, sin que a la fecha de la moción, junio 27, 1927, ni aún se hayan archivado los autos en esta Corte Suprema, siendo necesario concluir que ha vencido el término de ley sin que la parte apelante haya elevado los autos.